**Order entered March 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00567-CV

**NEXBANK, SSB, Appellant**

**V.**

**COUNTRYWIDE FINANCIAL CORPORATION, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-01752-H**

## ORDER

Before the Court are Michael D. Pospisil's Unopposed Motion *Pro Hac Vice* and Barbara Whiten Balliette's Motion in Support of Michael D. Pospisil's Unopposed Motion *Pro Hac Vice*. We **GRANT** the motions. We **DIRECT** the clerk's office to add Michael D. Pospisil to appellant's list of counsel in this case.

JIM MOSELEY
PRESIDING JUSTICE